[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 30, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16137
Non-Argument Calendar

_____

D. C. Docket No. 05-00477-CR-CC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER ALVAREZ-LOPEZ,
a.k.a. Gotti,
a.k.a. Carlos,
a.k.a. Tio,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(June 30, 2009)

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Javier Alvarez-Lopez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Alvarez-Lopez's convictions and sentences are **AFFIRMED**.